**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOEL V.E.,

                     Plaintiff,                         22 **CIVIL** 8050 (GRJ)

       -against-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Decision & Order dated November 27, 2023, Plaintiff's Motion for Judgment on the Pleadings is DENIED; the Commissioner's Motion for Judgment on the Pleadings is GRANTED and this case is DISMISSED; accordingly, this case is closed.

**Dated:**  New York, New York
            November 27, 2023

                                                          **RUBY J. KRAJICK**
                                                             **Clerk of Court**

                             **BY:**
                                                             **Deputy Clerk**